United States District Court
Southern District of Indiana
Terre Haute Division

FILED
08/21/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Juan Harris,
   Petitioner,

Case Number: ?
2:24-cv-00412-MPB-MJD

V.

DOB: 6/14/1992

Warden
   Respondent,

Pro Se Motion Under Title 28 U.S.C § 2241 For application of First Step Act (FSA) Earned time credit (ETC) toward sentence computation sheet.

Dear Judge:

I am not an attorney and I am filing this pro-se motion, moving this Honorable Court to order the Bureau of Prisons to apply my FSA, ETC's to my federal prison sentence. I have been earning 10 days per month but I have not been getting them applied toward my sentence at all. My conviction qualifies me to earn the FSA credits. Since entering federal prison on 1-13-2023 to serve a sentence of 46 months, the record shows that I have paid off my FRP payments avoided disciplinary infractions and participated in Evidence-Based Recidivism Reduction (EBRR) programs or Productive Activities (PA's) as directed by staff members.

   The Warden, has denied the earned days toward my sentence from the FSA because I am not a low or minimum recidivism but the FSA does not state that you can not apply ETC days if you are not a low or minimum. It states, "If you are a low or minimum recidivism you can earn 15 days every 30 days and if you are a high or medium you can →

earn 10 days every 30 days.

The Petitioner contends that the BOP failed to adhere to the FSA in it's imposition of his sentence in two distinct areas:

1. The BOP failed to apply 10 days of ETC for every 30 days of confinement, and
2. The BOP failed to correctly calculate the FSA PA or EBRR credits toward the remainder of his sentence.

Petitioner contends that not applying the correctly calculated FSA ETC's violates the Congressional intent under Title 18 U.S.C. § 3632 and inflicts irreputable harm, by sanctioning him to a longer prison term than allowed under Title 18 U.S.C. § 3553 and § 3632.

Application of time credits toward pre-release custody, holds that:

Time credits earned by prisoners who successfully participate in EBRR or PA programs shall be applied toward time in pre-release custody. The Director of the BOP shall transfer prisoners described in this subsection into prerelease custody (also known as supervised release).

Conclusion:

For the forgoing reason, Petitioner moves this Honorable Court to Grant immediate Habeas Corpus relief under 28 U.S.C. § 2241, forcing the BOP to apply all ETC to the sentence computation sheet and Grant immediate release.

Respectfully submitted,
Juan Harris